# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| SAMORA MYLES, | * | MOTION TO VACATE |
| | * | |
| | * | 28 U.S.C. § 2255 |
| Movant, | * | |
| | * | CRIMINAL ACTION NO. |
| v. | * | 22-CR-00354-JKL-1 |
| | * | |
| UNITED STATES OF AMERICA, | * | CIVIL ACTION NO. |
| | * | 24-CV-03447-JKL-ELR |
| Respondent. | * | |
| | * | |

**O R D E R**

Movant Samora Myles, incarcerated at the Thomson United States Penitentiary Satellite Camp in Thomson, Illinois ("FCI Thomson"), submitted a *pro se* motion to vacate his sentence pursuant to 28 U.S.C. §2255 in which he attempts to challenge his convictions and sentences in this Court. [Doc. 19.] Judge John K. Larkins, III recommends that Movant's § 2255 Motion be dismissed as untimely and a Certificate of Appealability be denied as well. [Doc. 38.]

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); Williams v Wainwright, 681 F.2d 732 (11th

Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See <u>United States v Slay</u>, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 38] as the Opinion and Order of this Court. For the reasons stated in the R&R, the Court **DISMISSES** Movant's § 2255 Motion [Doc. 19] as untimely. Additionally, the Court **DECLINES** to issue a certificate of appealability because after considering 28 U.S.C. § 2253(c)(2), the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. The Court **DIRECTS** the Clerk to **CLOSE** the civil case associated with Petitioner's § 2255 Motion: Civil Action No. 24-CV-03447-ELR.

**SO ORDERED**, this 6th day of August, 2025.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia